440 F.2d 1077
 UNITED STATES of America, Plaintiff-Appellee,
v.
Paul Leonard SMITH, Defendant-Appellant.
 No. 30465.
 United States Court of Appeals, Fifth Circuit.
 April 16, 1971.
 
 Appeal from the United States for the Middle District of Florida; William A. McRae, Jr., District Judge.
 Richard L. Brown, Jacksonville, Fla., for defendant-appellant.
 John L. Briggs, U. S. Atty., M. D. of Florida, Joseph W. Hatchett, Harvey E. Schlesinger, Asst. U. S. Attys., Jacksonville, Fla., for plaintiff-appellee.
 Before WISDOM, BELL, and AINSWORTH, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[2]
 
 
 Notes:
 
 
 [2]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966